MARION C. SCHAFFER, Respondent, *v.* CHARLES A. MIL-
LER, Doing Business under the Trade Name of ECLIPSE
BOX AND LUMBER COMPANY, Appellant.

*Schaffer* v. *Miller*, 163 App. Div. 892, affirmed.
(Submitted April 28, 1916; decided May 12, 1916.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered May 25, 1914, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover for
malicious prosecution. Plaintiff, a lumber salesman
employed by defendant, sold certain lumber and received
payment therefor which he failed to pay over to the
defendant. Thereafter, on the affidavit of defendant's
manager charging plaintiff with larceny, he was arrested,
admitted to bail and thereafter discharged by the
magistrate.

*Frederick W. Block* for appellant.

*Martin L. Stover* and *Hardie B. Walmsley* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, CARDOZO and SEABURY, JJ.